# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD SHEPHERD MINISTRIES INTERNATIONAL <br><br> Plaintiff(s), <br><br> v. <br><br> JULY AND RIPPA LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:23–cv–01694–SSS–AGR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/13/2023__

Document No.:   __13__

Title of Document:   __Proof of Service of Summons__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service Documents – Service/Waivers of Summons and Complaint – select – Service of Summons and Complaint returned executed 21 days

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ November 14, 2023 _

By:  _/s/ Sharon Hall–Brown_
 _Sharon_Hall–brown@cacd.uscourts.gov_
 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS