# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD SHEPHERD MINISTRIES INTERNATIONAL <br><br> Plaintiff(s), <br><br> v. <br><br> JULY AND RIPPA LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:23-cv-01694-SSS-AGR <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __11/3/2023__

Document No.: __12__

Title of Document:  __Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Stipulation and Order, located under: Civil Events > Court Events > Orders (Non-Motion)

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _November 17, 2023_     By:  _/s/ Irene Vazquez  Irene_Vazquez@cacd.uscourts.gov_
                                                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS