# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOD SHEPHERD MINISTRIES INTERNATIONAL<br><br>Plaintiff(s),<br><br>v.<br><br>JULY AND RIPPA LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23−cv−01694−SSS−AGR<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/3/2023 | 12 | Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8−3) |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

Pursuant to Rule 8−3, "If the stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge." In view of this, a proposed order is not necessary. The deadline to respond to the initial complaint is therefore extended to December 4, 2023, as stated in the stipulation.

DATED: November 17, 2023         /s/ *Sunshine Suzanne Sykes*
                                  United States District Judge

G–112B (08/22)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**