# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Good Shepherd Ministries International, a 501(c)(3) Nonprofit California Corp., <br><br> Plaintiff, <br><br> v. <br><br> July & Rippa LLC, a Texas LLC and Does 1-5, inclusive, <br><br> Defendants. | No. 5:23-cv-01694-SSS-AGR <br><br> Judge:  Sykes <br><br> **Order Granting Stipulation to Extend Time to Respond to Initial Complaint By More than 30 days** <br><br> Complaint served October 16, 2023 <br> Response due: December 4, 2023 <br> New due date: December 19, 2023 |

Upon consideration of the parties' stipulation, the Court extends the deadline for Defendant July & Rippa LLC to answer or otherwise respond to the complaint from December 4, 2023 to December 19, 2023.

Dated:_____

_____
Sunshine Suzanne Sykes
United States District Judge